# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **NEW CONCEPT DENTAL**, | ) |
| | ) Case No.: 0:17-cv-61411-KAM |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Honorable Judge Kenneth A. Marra |
| | ) |
| **DENTAL RESOURCE SYSTEMS, INC. AKA TRUDENTA** | ) |
| | ) |
| **Defendant.** | ) |

## STIPULATION FOR ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, by and through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class members' claims. Each party shall bear its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED,

NEW CONCEPT DENTAL

By: /s/ David B. Levin
Attorney for Plaintiff
Admitted Pro Hac Vice
Law Offices of Todd M. Friedman, P.C.
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Phone: (224) 218-0882
Fax: (866) 633-0228
dlevin@toddflaw.com

/s/ Raymond R. Dieppa
Attorney for Plaintiff
Florida Bar ID #27690
Florida Legal, LLC
12550 Biscayne Blvd., Suite 209
North Miami, FL 33181
Phone: (305) 901-2209
Fax: (786) 870-4030
Ray.Dieppa@floridalegal.law

DENTAL RESOURCE SYSTEMS, INC.

By: /s/ James K. Borcia
Attorney for Defendant
Admitted Pro Hac Vice
Tressler LLP
233 S. Wacker Drive, 61st Floor
Chicago, IL 60606
Phone: (312) 627-4000
Fax: (312) 627-1717
jborcia@tresslerllp.com

/s/ Devang Desai
Attorney for Defendant
Florida Bar ID #664421
Gaebe, Mullen, Antonelli & DiMatteo
420 South Dixie Highway, 3rd Floor
Coral Gables, FL 33146
Phone: (305) 667-0223
Fax: (305) 284-9844
ddesai@gaebemullen.com
gbarker@gaebemullen.com (secondary)

3

## CERTIFICATE OF SERVICE

I hereby certify that, on November 12, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

                                                      /s/ Raymond R. Dieppa
                                                      Attorney for Plaintiff